IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY LEE DAVIS, | ) | No. C 11-01344 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| COUNTY JAIL, et al., | ) ) | |
| Defendant. | ) ) | |

     On March 31, 2011, Plaintiff filed the instant civil rights complaint in pro se pursuant to 42 U.S.C. § 1983.  The same day, the Clerk of the court sent Plaintiff a notice that his complaint was deficient because he had failed to pay the filing fee or file an In Forma Pauperis ("IFP") Application.  (Docket No. 2.)  The notice directed Plaintiff to pay the fee or file an IFP application within thirty days of the date of the notice.  (Id.)  A stamped copy of the Clerk's notice mailed to Plaintiff was returned as undeliverable on April 11, 2011.  (Docket No. 3.)  As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

     Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending.  See L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

1 se party by the Court has been returned to the Court as not deliverable, and (2) the Court
2 fails to receive within sixty days of this return a written communication from the pro se
3 party indicating a current address. See L.R. 3-11(b).
4     More than sixty days have passed since the mail addressed to Plaintiff was
5 returned as undeliverable. The Court has not received a notice from Plaintiff of a new
6 address. Accordingly, the instant civil rights action is DISMISSED without prejudice
7 pursuant to Rule 3-11 of the Northern District Local Rules.
8     The Clerk shall terminate any pending motions.

10 DATED: June 13, 2011

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JIMMY LEE DAVIS,

        Plaintiff,

  v.

COUNTY JAIL, et al.,

        Defendants.

Case Number: CV11-01344 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/14/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmy Lee Davis 10685370
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: 6/14/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk