IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY LEE DAVIS, | ) | No. C 11-01344 EJD (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| COUNTY JAIL, et al., | ) | |
| Defendant. | ) | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

The Clerk shall close the file.

DATED: June 13, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\CR.11\01344Davis_judgment.wpd            1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JIMMY LEE DAVIS,

        Plaintiff,

  v.

COUNTY JAIL, et al.,

        Defendants.

Case Number: CV11-01344 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/14/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmy Lee Davis 10685370
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: 6/14/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk